**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Olegario ATONDO-RENTERIA, a.k.a. Olegario Renteria Atondo, a.k.a. Atondo Renteria Olegario, Defendant-Appellant.**

**No. 16-10022**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 21, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Olegario Atondo-Renteria appeals from the district court's judgment and challenges his guilty-plea conviction and 41-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Atondo-Renteria's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Atondo-Renteria the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Atondo-Renteria waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).